No. 879. HOTEL SYRACUSE MEN'S SHOP, INC. ET AL. *v.* HAIGHT, RECEIVER, ET AL. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the

Second Circuit denied. *Messrs. Reynolds Robertson* and *Leonard J. Ganse* for petitioners. *Mr. Daniel F. Mathews* for respondents.